UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBIE CRISP, | 1:13-cv-00816-GSA-PC |
| Plaintiff, | ORDER IN RESPONSE TO MOTION FOR CONSIDERATION |
| vs. | (Doc. 21.) |
| WASCO STATE PRISON, et al., | |
| Defendants. | |

Obie Crisp ("Plaintiff") is a prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on May 30, 2013. (Doc. 1.) On July 29, 2013, Plaintiff filed the First Amended Complaint, which awaits the court's requisite screening under 28 U.S.C. § 1915A. (Doc. 13.)

On June 24, 2013, Plaintiff consented to Magistrate Judge jurisdiction in this action pursuant to 28 U.S.C. § 636(c), and no other parties have made an appearance. (Doc. 5.) Therefore, pursuant to Appendix A(k)(4) of the Local Rules of the Eastern District of California, the undersigned shall conduct any and all proceedings in the case until such time as reassignment to a District Judge is required. Local Rule Appendix A(k)(3).

On June 26, 2014, Plaintiff filed a "Motion for Consideration." (Doc. 21.) In the motion, Plaintiff requests the court to accept for consideration his attached "Statement of Appreciation," in which he expresses appreciation to three of the court's Magistrate Judges for

their insight into his cases.  Plaintiff also discusses how his three cases may be associated with each other, and states his intent to make changes in response to court orders.

The court accepts Plaintiff's "Statement of Appreciation" and supports his intent to comply with court orders.  Plaintiff is advised, however, that any additions or changes to his complaint in this action must be made with leave of court by the submission of an amended complaint, complete in itself, which supercedes all prior complaints.  Plaintiff may not add information piecemeal to the complaint by filing information apart from the complaint.  At this stage of the proceedings, if Plaintiff seeks to amend the complaint, he should file a motion for leave to amend, explaining his intent in amending the complaint, or submitting a proposed amended complaint for the court's consideration.

This order resolves Plaintiff's "Motion for Consideration" filed on June 26, 2014.

IT IS SO ORDERED.

Dated:   **June 30, 2014**                             **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE