1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   OBIE CRISP,                                1:13-cv-0816-GSA (PC)

12              Plaintiff,

13       v.                                      ORDER DISREGARDING MOTION TO
                                                 PROCEED IN FORMA PAUPERIS
14   WASCO STATE PRISON, et al.,                 AS MOOT

15              Defendant.                       (Document# 27)

16

17          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

18   Section 1983.

19          On January 12, 2015, plaintiff filed an application to proceed in forma pauperis.  Due to

20   the fact that the court granted plaintiff's previous application to proceed in forma pauperis in the

21   present case on June 5, 2013, IT IS HEREBY ORDERED THAT plaintiff's application to

22   proceed in forma pauperis, is DISREGARDED AS MOOT.

23
     IT IS SO ORDERED.
24
25       Dated:   __**January 15, 2015**__            _____**/s/ Gary S. Austin**_____
                                                     UNITED STATES MAGISTRATE JUDGE
26

27

28