Kamala D. Harris, State Bar No. 146672
Attorney General of California
Jon S. Allin, State Bar No. 155069
Supervising Deputy Attorney General
Matthew Ross Wilson, State Bar No. 236309
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-6372
 Fax: (916) 324-5205
 E-mail: Matthew.Wilson@doj.ca.gov
*Attorneys for Defendant Cleveland*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **OBIE LEE CRISP III,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**J. CLEVELAND,**<br><br>                              Defendant. | 1:13-cv-00816-EPG (PC)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

   Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the plaintiff Obie Lee Crisp and the defendant Cleveland stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Each party shall bear its own costs and attorney's fees. There is no prevailing party in this
2  action.
3  It is so stipulated.

5  Dated: November __, 2016                           Respectfully submitted,

7  _____
   Obie Lee Crisp
8  *Plaintiff Pro Se*

10 Dated: November __, 2016                           KAMALA D. HARRIS
                                                      Attorney General of California
11                                                    JOHN S. ALLIN
                                                      Supervising Deputy Attorney General

13                                                    _____
14                                                    MATTHEW ROSS WILSON
                                                      Deputy Attorney General
15                                                    *Attorneys for Defendant*
                                                      *Cleveland*

## ORDER

Based on the parties' stipulation (a fully executed version of which is located at ECF No. 49), this action is DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:   **November 17, 2016**            /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

2